## EVANSVILLE, SUBURBAN AND NEWBURGH RAILWAY COMPANY v. HAWKINS ET AL.

[No. 12,357.   Filed April 21, 1926.   Rehearing denied June 30, 1926.]

From Gibson Circuit Court; *Marsh T. Lewis,* Special Judge.

Action between the Evansville, Suburban and Newburgh Railway Company and John R. Hawkins and others.   From the judgment rendered, the former appeals.   *Affirmed.*   By the court in banc.

*Embree & Embree* and *Daniel H. Ortmeyer,* for appellant.
*T. Morton McDonald,* for appellees.

PER CURIAM.—Affirmed.

---

## GREAT ATLANTIC AND PACIFIC TEA COMPANY v. GOODMAN ET AL.

[No. 12,386.   Filed July 2, 1926.]

From Lake Superior Court; *Maurice E. Crites,* Judge.

Action between the Great Atlantic and Pacific Tea Company and Harry L. Goodman and another.   From the judgment rendered, the former appeals.   *Affirmed.*   By the court in banc.

*Frederick C. Crumpacker* and *Edwin H. Friedrich,* for appellant.
*Abe Ottenheimer* and *Ibach, Gavit, Stinson & Gavit,* for appellees.

PER CURIAM.—Judgment affirmed.